UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANGELA LOCKRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CAUSE NO: 1:20-CV-01712-SEB-DML |
| | ) | |
| DERMATOLOGY ASSOCIATES OF | ) | |
| INDIANA, P.C. and ANNETTE M. | ) | |
| DINNEEN, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now the Plaintiff, Angela Lockridge, by counsel Shannon L. Melton and Natalie

R. Dickey, and Defendants, Dermatology Associates of Indiana, P.C. and Annette M. Dinneen,

M.D., by counsel Lance W. Wonderlin, and pursuant to FRCP 41(a)(1)(A)(ii), and hereby

stipulate that Plaintiff's cause of action against the Defendants should be dismissed, with

prejudice.


/s/Shannon L. Melton
Shannon L. Melton #29380-49
John H. Haskin & Associates
255 North Alabama Street
Second Floor
Indianapolis, IN 46204

/s/Lance W. Wonderlin
Lance W. Wonderlin #14998-53
LANCE WONDERLIN, ATTORNEY P.C.
250 E. 96th Street, Suite 150
Indianapolis, IN 46240


/s/Natalie R. Dickey
Natalie R. Dickey #25294-41
John H. Haskin & Associates
255 North Alabama Street
Second Floor
Indianapolis, IN 46204

## **CERTIFICATE OF SERVICE**

        I hereby certify that on the 20th day of April, 2021, I electronically filed the foregoing document by using the Electronic Case Filing system (CM/ECF).  I also certify that on the 20th day of April, 2021, a copy of the foregoing was served upon the following via CM/ECF.

Natalie R. Dickey
Shannon L. Melton
John H. Haskin & Associates
255 North Alabama Street, 2nd Floor
Indianapolis, IN 46204
Email: jhaskin@jhaskinlaw.com

                                              /s/Lance W. Wonderlin

LANCE W. WONDERLIN, ATTORNEY, P.C.
250 E. 96th Street, Suite 150
Indianapolis, IN 46240
(317) 587-0291/ Fax (317) 587-0290
Attorney #14998-53