UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELA LOCKRIDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CAUSE NO: 1:20-CV-01712-SEB-DML |
| | ) |
| DERMATOLOGY ASSOCIATES OF | ) |
| INDIANA, P.C. and ANNETTE M. | ) |
| DINNEEN, M.D., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now the parties, by counsel, having filed their Joint Stipulation of Dismissal with Prejudice, which Stipulation is on file with the Court.

And the Court having reviewed said Stipulation and being duly advised in the premises, now finds that said Stipulation of Dismissal should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-entitled cause of action is hereby dismissed with prejudice.

**ALL OF WHICH IS ORDERED** this  26th  day of  April , 2021.

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

Natalie R. Dickey
Shannon L. Melton
John H. Haskin & Associates
255 North Alabama Street, 2nd Floor
Indianapolis, IN 46204
Email: jhaskin@jhaskinlaw.com

Lance W. Wonderlin
LANCE W. WONDERLIN, ATTORNEY, P.C.
250 E. 96th Street, Suite 150
Indianapolis, IN 46240
(317) 587-0291/ Fax (317) 587-0290
Attorney #14998-53